# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III

Of Counsel
Oscar Holt III
Jay D. Umans

June 10, 2022

<u>**VIA ELECTRONIC CASE FILING**</u>
Honorable Hector Gonzalez
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, New York 11201

  Re: *Taylor v. Cooper Power & Lighting Corp., et.al.*
    Docket No.: CV-22-2236 (HG)(SIL)

Dear Judge Gonzalez:

  We are the attorneys representing the Plaintiff, Mr. Kyrin Taylor, in the above referenced matter. This is to respectfully request that Plaintiff's time in which to respond to Defendants' *Pre-Motion Conference* letter be extended until Monday, June 13, 2022, as the time in which Plaintiff's response was due was mis-calendared. We apologize to the Court for the oversight.

  We thank the Court for its kind consideration.

              Respectfully submitted,

              /S/ *Frederick K. Brewington*
              FREDERICK K. BREWINGTON

cc: John P. Ruggiero, Esq. (via ecf)
FKB:pl