

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

<u>Frederick K. Brewington</u>
Albert D. Manuel III
Leah Jackson
Cobia M. Powell

Of Counsel
Oscar Holt III
Jay D. Umans

September 27, 2022

<u>**VIA ELECTRONIC CASE FILING**</u>
Honorable Steven I. Locke
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, New York 11201

       Re: *Taylor v. Cooper Power & Lighting Corp., et.al.*
       Docket No.: CV-22-2236 (HG)(SIL)

Dear Judge Locke:

  As Your Honor is aware, we represent Mr. Kyrin Taylor in the above referenced action. We write to submit the Stipulation to Amend the Complaint about which the parties spoke in our conference with Your Honor. Attached please find that fully executed Stipulation, which we request be So Ordered. We also enclose our proposed Second Amended Complaint which has been provided to Defense Counsel at the time of the execution of the Stipulation, and we respectfully request that the Second Amended Complaint be accepted for filing.

  We thank the Court for its consideration.

             Respectfully submitted,
             /S/ *Frederick K. Brewington*
             FREDERICK K. BREWINGTON

cc: Charles J. Soia, Esq. (via ecf)
Encls.
FKB:pl