UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYRIN TAYLOR,<br><br>                Plaintiff,<br><br>v.<br><br>COOPER POWER & LIGHTING CORP., MITCH COOPER, DAREN SOBEL, and AUSTIN RUTELLA,<br><br>                Defendants. | Civil Action No.: CV-22-2236<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS COOPER POWER & LIGHTING CORP. AND MITCH COOPER** |

The matter in difference in the above-entitled action having been amicably resolved by and between Plaintiff KYRIN TAYLOR and Defendants COOPER POWER & LIGHTING CORP., and MITCH COOPER only (collectively the "Cooper Defendants"), Plaintiff hereby stipulates and agrees that all claims against the Cooper Defendants only are hereby dismissed with prejudice and without costs in favor of or against any party.

| | |
|---|---|
| **THE LAW OFFICES OF**<br>**FREDERICK K. BREWINGTON**<br>Attorneys for Plaintiff<br>Kyrin Taylor<br><br>By: _____<br>      Frederick K. Brewington, Esq.<br>      An Attorney of the Firm<br><br>Dated:  January 18, 2024 | **PORZIO, BROMBERG & NEWMAN, P.C.**<br>Attorneys for Defendants<br>Cooper Power & Lighting Corp., and<br>Mitch Cooper<br><br>By: _____<br>      Charles J. Stoia, Esq.<br>      An Attorney of the Firm<br><br>Dated:  January 19, 2024 |

7500454