# EXHIBIT B

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:
COUNTY OF __SUFFOLK__ :

Index No.: 2:22-cv-02236-js-SIL

I, ____DINO A DELANY OF D & L EXPERTS____ , being duly sworn, deposes and says:

That on __DECEMEBER 10TH__ 20 __22__ , at __294 CASS ST__ .

City of __DIX HILLS__ , State of New York, deponent served the above

Summons and Complaint on ____KAITLYN RUTELLA____ at __6:15 PM__ by:
                                       [name of person served]              [time]

1.  **INDIVIDUAL**

    ☐   (a) Delivering a true copy thereof to _____
            personally. Deponent knew the person so served to be the person described in said
            document(s).

    ☑   (b) Delivering a true copy to ____KAITLYN RUTELLA ( SPOUSE OF AUSTEN RUTELLA)____
            a person of suitable age and discretion at person's actual place of business, dwelling place,
            or usual place of abode.

            Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to
            person's last known business, dwelling place or place of abode at 294 CASS ST. DIX HILLS NY
            and deposited said wrapper in an official depository under the exclusive care and custody of
            the U.S. Postal Service.

    ☐   (c) Affixing a true copy to the door of person's actual place of business, dwelling place, or usual
            place of abode. Deponent was unable, with due diligence, to find the person named therein
            or a person of suitable age and discretion having called there:
            On _____ 20 _____ , at _____
            On _____ 20 _____ , at _____
            On _____ 20 _____ , at _____

            Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to
            person's last known business, dwelling place or place of abode at _____
            _____ and deposited said wrapper
            in an official depository under the exclusive care and custody of the U.S. Postal Service.

2.  **CORPORATION:** Serving the above on ____N/A____
    Corporation, personally, whom deponent knew to be the said corporation by delivering a true copy
    thereof with _____
    an officer of said corporation or other agent authorized to receive service for said corporation.

    **DESCRIPTION:** Deponent describes the individual served as follows:
    Sex: __F__ , Hair: __BR__ ,
    Skin: __LIGHT__ , Approx. Age: __26__ ,
    Approx. Ht.: __5'5"__ , Approx. Wt.: __138__ .

Signature: _____

Sworn to before me this ____12____ day of ____Dec.____ , 20 __21__

Notary Public _____

JANE D PARIENTE
Notary Public - State of New York
NO. 01PA6363516
Qualified In Nassau County
My Commission Expires Aug 21, 2025