UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KYRIN TAYLOR                                               Docket No.: CV-02236 (JS)(SIL)

                    Plaintiff,

        v.
                                                           **NOTATION OF**
                                                          **DEFAULT**

COOPER POWER &LIGHTING., MITCH COOPER
DAREN SOBEL, and AUSTIN RUTELLA

                    Defendants.
------------------------------------------------------------X

    **I, BRENNA B. MAHONEY,** Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant, AUSTIN RUTELLA, has not filed an *Answer* or otherwise moved with respect to the *Complaint* herein. The default of Defendant AUSTIN RUTELLA is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
           January 24, 2023

                                                        BRENNA B. MAHONEY
                                                        CLERK OF THE COURT

                                         by:  *Jalitza Poveda*
                                                       Deputy Clerk