UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KYRIN TAYLOR

                        Plaintiff,

    v.

COOPER POWER &LIGHTING., MITCH COOPER
DAREN SOBEL, and AUSTIN RUTELLA

                        Defendants.
------------------------------------------------------------------------X

Docket No.: CV-22-2236
(HG)(SIL)

**JUDGMENT OF DEFAULT**

The *Summons and Complaint* in this action having been duly served on the above-named Defendant, AUSTIN RUTELLA, on December 10, 2022, and said Defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed *Affirmation* of Frederick K. Brewington for a judgment of default.

**NOW,** on motion of THE LAW OFFICES OF FREDERICK K. BREWINGTON, attorney(s) for the Plaintiff, it is hereby ORDERED and ADJUDGED that Plaintiff, KYRIN TAYLOR, recover of AUSTIN RUTELLA, the Defendant, who, upon information and belief, his usual place of abode is 294 Cass Street, Dix Hills, NY, an amount to be determined, subsequent to submission of damages, costs, fees, and other relief that may be just and proper at a date and time set by this Court.

Dated: Central Islip, New York
       January _____, 2024

SO ORDERED

_____
U.S.D.J.