# EXHIBIT A



| | |
|---|---|
| UNITED STATES DISTRICT COURT | INDEX #: 2:22-CV-02236-JS-SIL |
| EASTERN DISTRICT OF NEW YORK | Date Filed: April 20, 2022 |
| | Court Date: |

ATTORNEY(S): FREDERICK K. BREWINGTON   PH: 516-489-6959
ADDRESS: 556 PENINSULA BLVD   HEMPSTEAD NY 11550   File No.:

KYRIN TAYLOR

vs                                                                                           *Plaintiff(s)/Petitioner(s)*

COOPER POWER & LIGHTING CORP et al

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:                               **AFFIDAVIT OF SERVICE**

PAUL MARTINEZ, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Monday, May 9, 2022** at **10:00 AM**, at 39 CENTRAL AVE, Farmingdale, NY 11735, deponent served the **Summons in a Civil Action and Complaint and Jury Demand**

on: **DAREN SOBEL c/o COOPER POWER & LIGHTING CORP**, Defendant therein named.

**#1 SUITABLE AGE PERSON/PARTNERSHIP** [X]
By delivering a true copy of each MELISSA C., Authorized to, a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#2 MAIL COPY** [X]
On May 12, 2022, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#3 DESC.** [X] (use with #1, 2 or 3)
A description of the person served or spoken to on behalf of the Defendant/Respondent is as follows:
Sex: Female   Color of skin: Brown   Color of hair: Black   Age: 21 - 35 Yrs.   Height: 5ft 0in - 5ft 3in
Weight: 100-130 Lbs.   Other Features:

**#4 WIT. FEES** [ ]
the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#5 MIL. SRVC** [X]
Your deponent asked the person spoken to whether defendant/respondent was in the active military service of the United States or N.Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant/respondent is not in the military service.

**#6 OTHER** [ ]

Sworn to before me on May 12, 2022

VANESSA JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01JO6165063, QUALIFIED IN KINGS COUNTY
TERM EXPIRES MAY 14, 2023

PAUL MARTINEZ
Server's Lic #
Invoice•Work Order # 395644

Tristate Judicial Services, Inc., 30 South Ocean Avenue, Freeport, NY 11520