# EXHIBIT B

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
COUNTY OF __SUFFOLK__ :

Index No.: CV-22-2236

I, __Dino A Delany of D & L Expert Private Investigators__, being duly sworn, deposes and says:

That on __December 21st__ 20__22__, at __4 Louis Avenue__

City of __Moriches, L.I. 11955__, State of New York, deponent served the above

Summons and Complaint on __Darren Sobel (Sobol)__ at __11:15 AM__ by:
[name of person served]  [time]

1. **INDIVIDUAL**

   ☐ (a) Delivering a true copy thereof to _____ personally. Deponent knew the person so served to be the person described in said document(s).

   ☑ (b) Delivering a true copy to __Michael Sobol (son to Darren Sobol)__ a person of suitable age and discretion at person's actual place of business, dwelling place, or usual place of abode.

   Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at __4 Louis Avenue Morciches L.I.__ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

   ☐ (c) Affixing a true copy to the door of person's actual place of business, dwelling place, or usual place of abode. Deponent was unable, with due diligence, to find the person named therein or a person of suitable age and discretion having called there:
   On _____ 20_____, at _____
   On _____ 20_____, at _____
   On _____ 20_____, at _____

   Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at _____ _____ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

2. **CORPORATION:** Serving the above on __N/A__ Corporation, personally, whom deponent knew to be the said corporation by delivering a true copy thereof with _____ an officer of said corporation or other agent authorized to receive service for said corporation.

   **DESCRIPTION:** Deponent describes the individual served as follows:
   Sex: __male__, Hair: __Brown__,
   Skin: __Light__, Approx. Age: __22-26__,
   Approx. Ht.: __5'10"__, Approx. Wt.: __175-185__.

Signature: _____

Sworn to before me this __24__ day of __Dec__ , 20 __22__

Notary Public _____