UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KYRIN TAYLOR                                   Docket No.: CV-02236 (JS)(SIL)

               Plaintiff,

     v.
                                                 **NOTATION OF**
                                                 **DEFAULT**

COOPER POWER &LIGHTING., MITCH COOPER
DAREN SOBEL, and AUSTIN RUTELLA

              Defendants.
------------------------------------------------------------X

     **I, BRENNA B. MAHONEY**, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant, DAREN SOBEL, has not filed an *Answer* or otherwise moved with respect to the *Complaint* herein. The default of Defendant DAREN SOBEL is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
         January 24, 2023

                                            BRENNA B. MAHONEY
                                            CLERK OF THE COURT

                                 by: *Jalitza Poveda*
                                             Deputy Clerk