UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
KYRIN TAYLOR                                                                                  Docket No.: CV-22-2236
                             Plaintiff,                                                  (HG)(SIL)
   v.

COOPER POWER &LIGHTING., MITCH COOPER          **JUDGMENT OF DEFAULT**
DAREN SOBEL, and AUSTIN RUTELLA

                             Defendants.
-------------------------------------------------------------------------X

The *Summons and Complaint* in this action having been duly served on the above-named Defendant, DAREN SOBEL, on December 21, 2022, and said Defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed *Affirmation* of Frederick K. Brewington for a judgment of default.

**NOW,** on motion of THE LAW OFFICES OF FREDERICK K. BREWINGTON, attorney(s) for the Plaintiff, it is hereby *ORDERED* and *ADJUDGED* that Plaintiff, KYRIN TAYLOR, recover of DAREN SOBEL, the Defendant, who, upon information and belief, his usual place of abode is 4 Louis Avenue, Moriches, NY, an amount to be determined, subsequent to submission of damages, costs, fees, and other relief that may be just and proper at a date and time set by this Court.

Dated: Central Islip, New York                       **SO ORDERED**
        January _____, 2024

                                                                  _____
                                                                         U.S.D.J.