UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KYRIN TAYLOR

                     Plaintiff,

-against-

COOPER POWER & LIGHTING CORP.,
MITCH COOPER, DAREN SOBEL, and
AUSTIN RUTELLA,

                     Defendants.
-----------------------------------------------------------------X

DOCKET NO.: CV-22-2236
*(HG)(SIL)*

AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU    ss.:

       I, PRECILLA LOCKETT, say: I am not a party to the within action, I am over 18 years of age and I reside in Nassau County, New York.

       On May 20, 2024, I served the within REPORT AND RECOMMENDATION on Defendants' Daren Sobel, and Austin Rutella, at the address designated by said Defendants for that purpose by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                             Mr. Daren Sobel
                             39 Central Avenue
                         Farmingdale, New York 11735

                             Mr. Austin Rutella
                             294 Cass Street
                         Dix Hills, New York 11746

                                                 _____
                                                 PRECILLA LOCKETT

Sworn to before me this
20th day of May 2024

_____
NOTARY PUBLIC

                                                 Cobia Malik Powell
                                       Notary Public, State of New York
                                        Reg. No. 02PO6443448
                                        Qualified in Kings County
                                       Commission Expires 11/07/2026

Mr. Austin Rutella
294 Cass Street
Dix Hills, New York
11746-7004



Mr. Daren Sobel
39 Central Aenue
Farmingdale, New York 11735


$2.35
US POSTAGE
FIRST-CLASS
062S0014950429
FROM 11550